UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAN PLANETA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:14-cv-179-B |
| | § | |
| CHARLES EDGE and GAYLE SIMS, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Dkt. No. 29. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

As recommended by the Magistrate Judge, Defendants Charles Edge and Gayle Sims shall move for summary judgment solely on the affirmative defense of qualified immunity by **February 20, 2015.**

Any motion must be accompanied by or incorporate a brief, and the motion and brief shall not together exceed 30 pages in length. *See* N.D. TEX. L. CIV. R. 56.5(b) (as modified). Any affidavits, depositions, written discovery materials, or other summary judgment evidence must be included in a separate appendix. The appendix shall be numbered sequentially from the first page through the last and include an index of all documents contained therein. An envelope that contains a non-documentary or oversized exhibit must be numbered as if it were a single page. *See* N.D. TEX. L. CIV. R. 56.6. Defendant must bracket in the margin of each document in the appendix the portions of the document upon which he relies, and, when citing record materials in the brief,

Defendant must support each assertion by citing each relevant page of the appendix. Defendant shall hand deliver a copy of all filings in connection with the motion to the district clerk's office, 1100 Commerce Street, 14th Floor, Dallas, Texas, Attn: Rod Reynolds, no later than the next business day after the document is filed. No party may file more than one motion for summary judgment without leave of court. *See* N.D. TEX. L. CIV. R. 56.2(b). Except to the extent any requirement is modified herein, any motion for summary judgment must comply with the requirements of Local Civil Rules 56.3(a)-(d), 56.5(a), 56.5(c), and 56.6(a)-(b).

All discovery is stayed pending a ruling on Defendants' motion(s) for summary judgment. But after Defendants file their motion(s), the Court will issue a further order setting forth procedures and deadlines for any possible request for limited discovery and for Plaintiff's response to motion(s) for summary judgment.

SIGNED this 6th day of January, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE